**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**BROWNSVILLE DIVISION**

| | | |
|---|---|---|
| JESSICA CUELLAR, | § § § § | CIVIL ACTION NO. 1:10-CV-191 |
| Plaintiff, | § § | |
| v. | § § | |
| PERMA-TEMP PERSONNEL SERVICES, INC., et al., | § § § | JURY DEMAND |
| Defendants. | § § § | |

**STIPULATION OF DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(ii)**

Pursuant to Fed. R. Civ. P. 41(a)(1)(ii), it is hereby stipulated and agreed, by and among

Plaintiff Jessica Cuellar and Defendant Perma-Temp Personnel Services, Inc. ("Perma-Temp")

through their undersigned counsel, that all of Plaintiff's claims against Defendant Perma-Temp

are discontinued and dismissed with prejudice.  Each party shall bear its own costs.

Plaintiff does not voluntarily dismiss her claims against Defendant Keppel AmFELS, Inc.

However, Plaintiff's claims against Defendant Keppel AmFELS, Inc. were dismissed by the

Court's Order of December 9, 2011, (Doc. No. 52), which granted Keppel AmFELS' motion for

summary judgment.

Dated: January 13, 2012.


Respectfully submitted,


____s/Kathryn Youker_____
Kathryn J. Youker
Texas Bar No. 24014928
S. Dist. No. 33655
TEXAS RIOGRANDE LEGAL AID, INC.

531 E. St. Francis St.
Brownsville, Texas 78520
Telephone: (956) 982-5540
Facsimile:  (956) 541-1410
Attorney-in-Charge for Plaintiff
Jessica Cuellar


___*s/Mauricio Chavez w/permission by K.Youker*
Mauricio M. Chavez
Texas State Bar No. 24051782
Federal ID No. 901042
Keith N. Uhles
State Bar No. 20371100
Federal ID No. 1936
Royston, Rayzor, Vickery & Williams, L.L.P.
55 Cove Circle
Brownsville, TX 78521
Telephone: (956) 542-4377
Facsimile:  (956) 542-4370
Attorneys-in-Charge for Defendant,
Keppel AmFELS, Inc.


___*s/Eduardo Garza w/permission by K.Youker*
Eduardo G. Garza
State Bar No. 00796609
USDC Adm. No. 20916
Roman "Dino" Esparza
State Bar No. 00795337
USDC Adm. No. 22703
Esparza & Garza, L.L.P.
964 E. Los Ebanos
Brownsville, TX 78520
Telephone: (956) 547-7775
Facsimile:  (956) 547-7773

<u>CERTIFICATE OF SERVICE</u>

 I hereby certify that on the 13th day of January, 2012, I caused the foregoing to be served upon the following counsel of record for Defendants by electronic delivery via the Clerk of the Court, as follows:

Mauricio M. Chavez
Keith N. Uhles
Royston, Rayzor, Vickery & Williams, L.L.P.
55 Cove Circle
Brownsville, TX 78521
Attorneys for Defendant Keppel AmFELS, L.L.C.

Eduardo G. Garza
Roman "Dino" Esparza
Esparza & Garza, L.L.P.
964 E. Los Ebanos
Brownsville, TX 78520
Attorneys for Defendant Perma-Temp Personnel Services, Inc.

      _s/Kathryn Youker_
      Kathryn J. Youker